LEWIS JUBRAN (DC SBN 1028219)
Abusharar and Associates
501 N. Brookhurst Street #202
Anaheim, CA 92801
Tel:  (714) 5355600
Fax:  (714) 535-5605
EMAIL: associate@abushararlaw.com

Attorneys for Plaintiffs
Banafsheh Vahdad and
Mohammad Hossein Goshayesh Tehrani

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Banafsheh Vahdad and Mohammad Hossein Goshayesh Tehrani | Docket No.: |
| 4221 E. Ray Road #2097 Phoenix, AZ 85044 | **COMPLAINT FOR WRIT OF MANDAMUS** |
| Plaintiffs | |
| vs. | |
| Marco Rubio, Secretary of State, U.S. Department of State; Mora Namdar, Acting Assistant Secretary of the State for Consular Affairs; Alan Meltzer Charge d'Affaires, US Embassy in Germany ; Brian Heath, Consul General, U.S. Consulate General, Frankfurt, Germany | |

Executive Office of the Legal Adviser

COMPLAINT FOR WRIT OF MANDAMUS 1

US Department of State
600 19th Street NW, Suite 5600
Washington DC 20522

Office of the General Counsel
US Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington DC 20528

<u>                    Defendants         </u>  )

1. This is a civil action brought by Plaintiffs to compel Defendants, officers of the United States, to adjudicate an immigrant visa based on an I-130 Petition for Alien Relative (hereinafter referred to as "I-130" or "petition", filed by Plaintiff Ms. Banafsheh Vahdad (hereinafter referred to as "VAHDAD"), to benefit her husband, Plaintiff Mr. Mohammad Hossein Goshayesh Tehrani (hereinafter referred to as "GOSHAYESH TEHRANI"). Adjudication of said petition and immigrant visa is a nondiscretionary ministerial duty owed to Plaintiffs. Plaintiffs have no other adequate remedy to obtain that right other than by way of this complaint.

## JURISDICTION AND VENUE

2. The Mandamus and Venue Act of 1961 confers upon district courts original jurisdiction of "any action … to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. §§ 1331, 1361. Mandamus is proper when the plaintiff

COMPLAINT FOR WRIT OF MANDAMUS 2

demonstrates that the government official or agency has not performed "a non-discretionary duty" owed to the plaintiff. *Briggs v. Sullivan*, 886 F.2d 1132, 1142 (9th[th]. Cir. 1989); *see also Coleman v. Barnhart*, 2003 WL 22722816, at *2 (N.D. Cal. 2003). Moreover, this Court has jurisdiction over the instant matter pursuant to the Administrative Procedure Act ("APA"). 5 U.S.C. §§ 555(b), 706. Venue is proper in the District of Colombia under 28 U.S.C. §§ 1391(b) and (e), as a substantial part of the events giving rise to the instant claim occurred in this district.

## PARTIES

3. Plaintiff VAHDAD is a United States Citizen who filed an I-130 Petition for her husband, Plaintiff GOSHAYESH TEHRANI on 11/14/2022 which was approved on 10/12/2023 by the U.S. Citizenship Immigration Services ("USCIS" or "Service") and subsequently sent to the National Visa Center ("NVC").

4. Defendant Marco Rubio is sued in his official capacity as the Secretary of State. In this capacity he has responsibility for supervising the administration of immigration laws overseas and supervises the Foreign Service of the United States and routinely does and transacts business in the District of Columbia and with individuals and corporations residing therein.

5.     Defendant Mora Namdar is sued in her official capacity as Acting Assistant Secretary of the State for Consular Affairs. In this capacity she has responsibility to protect the lives and interests of American citizens abroad and to strengthen the security of United States borders through the adjudication of visas and passports as well as overseeing the procedure that allow lawful immigrants and visitors to travel to America, and routinely does and transacts business in the District of Columbia and with individuals and corporations residing therein.

6.     Defendant Alan Meltzer is sued in his official capacity as the Charge d'Affaires at US Embassy in Germany. In this capacity, he is the head of the U.S. mission in Germany and, among other responsibilities, has the responsibility to protect the lives and interests of American citizens and to strengthen the security of United States borders through the adjudication of visas and passports. Mr. Meltzer is also responsible for overseeing the procedure that allows lawful immigrants and visitors to travel to America. Mr. Meltzer routinely transacts business in the District of Columbia and with individuals and corporations residing therein.

7.     Defendant Brian Heath, is sued in his official capacity as Consul General, U.S. Consulate, Frankfurt, Germany. In this capacity, he has the responsibility to protect the lives and interests of American citizens and to

COMPLAINT FOR WRIT OF MANDAMUS 4

strengthen the security of United States borders through the adjudication of visas and passports. Mr. Heath is also responsible for overseeing the procedure that allows lawful immigrants and visitors to travel to America. Mr. Heath routinely transacts business in the District of Columbia and with individuals and corporations residing therein.

**STATEMENT OF FACTS**

8. As previously mentioned, Plaintiff VAHDAD is a United States citizen. **(Exhibit 1)**.

9. On 11/14/2022 VAHDAD filed an I-130 petition to benefit her husband, Plaintiff GOSHAYESH TEHRANI which was approved by USCIS On 10/12/2023 **(Exhibit 2)**.

10. GOSHAYESH TEHRANI is an Iranian national.

11. After all fees and documents were submitted to the NVC, GOSHAYESH TEHRANI's file was documentarily complete on 12/13/2023. **(Exhibit 3)**.

12. Thereafter, GOSHAYESH TEHRANI was scheduled to appear for his in person immigrant visa interview on 02/09/2024 at the Consular Post in Frankfurt, Germany.

COMPLAINT FOR WRIT OF MANDAMUS 5

13. After said interview, the Consular Post requested additional information from GOSHAYESH TEHRANI with which he immediately complied. **(Exhibit 4)**.

14. Regular follow ups with the Consular Post in Frankfurt, Germany and drawing their attention to the extreme hardship Plaintiffs have been suffering, both emotionally as well as financially, have been ignored and VAHDAD and GOSHAYESH TEHRANI only receive boilerplate responses that his case is going through "administrative processing", with no timeframe as to the issuance of this long-awaited immigrant visa.

15. Despite passage of over ONE YEAR, GOSHAYESH TEHRANI has not been issued his immigrant visa.

16. Plaintiffs have been eagerly waiting for the issuance of GOSHAYESH TEHRANI immigrant visas so that they can be unified here in the United States and begin living their lives as husband and wife, without undue hardship

///

///

## EXHAUSTION

17. Plaintiffs have exhausted their administrative remedies. They have provided all the information and evidence necessary for an adjudication of the initial petition by the USCIS. They subsequently submitted all requested documentation for the processing by Consular Post of the immigrant visa application, including but not limited to additional fees requested by the NVC, as well as appearing for their immigrant visa interviews at the Consular Post in Frankfurt, Germany.

18. Despite the passage of over one year, to date GOSHAYESH TEHRANI's immigrant visa has not been issued by the US Embassy in Frankfurt, Germany.

## CLAIM FOR RELIEF

(Unreasonable Delay and Failure to Perform

Nondiscretionary Duties Owed to Plaintiffs)

19.     Plaintiffs re-allege and incorporate by reference paragraphs 1 through 18 of this Complaint as if fully stated herein.

20.     The adjudication of said petition and immigrant visa is a nondiscretionary ministerial duty owed by Defendants to Plaintiffs as the petitioner and beneficiary of immigrant visa application. Adjudication of these applications is a ministerial act, as Plaintiffs have complied with all requests made by Defendants.

21.     GOSHAYESH TEHRANI has been patiently waiting for the issuance of his immigrant visa by the Consular Section, at the U.S. Embassy in Frankfurt, Germany.

22.     Defendants have willfully and unreasonably delayed and have refused to complete adjudication of said immigrant visa

23.     The delay is unreasonable *per se*.

24.     The delay is unreasonable in light of the fact that Defendants are aware that Plaintiffs are suffering from the uncertainty of when GOSHAYESH TEHRANI can finally become Legal Permanent Residents and join his wife VAHDAD here in the United States. Defendants have been derelict in their

COMPLAINT FOR WRIT OF MANDAMUS 8


duties to adjudicate the immigrant visas in a timely manner. The emotional and financial toll of this unreasonable delay has caused great harm to the Plaintiffs.

///

///

**PRAYER FOR RELIEF**

WHEREFORE, and in light of the foregoing, Plaintiffs pray that the Court:

A. Assume jurisdiction over this matter;

B. Compel Defendants to perform their duty or duties to complete processing of the visa application filed by the Plaintiffs;

C. Award Plaintiffs' attorney's fees and costs pursuant to 28 U.S.C. § 2412 and any other applicable statutory, common law, or constitutional provision; and

D. Grant Plaintiffs any other relief as this Court deems just and proper at law and in equity.

Dated: March 5, 2025                    Respectfully Submitted,

/s/ Lewis Jubran, Esq.
Attorney for Plaintiffs

# EXHIBIT 1




# EXHIBIT 2



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| IOE0918323716 | | I130 - PETITION FOR ALIEN RELATIVE |
| Received Date | Priority Date | Petitioner A060 992 524 |
| 11/14/2022 | 11/14/2022 | VAHDAD, BANAFSHEH |
| Notice Date | Page | Beneficiary |
| 10/12/2023 | 1 of 1 | GOSHAYESH TEHRANI, MOHAMMAD HOSSEIN |

VAHDAD, BANAFSHEH
4221 E. RAY RD. APT 2097
PHOENIX AZ 85044

**Notice Type:** Approval Notice
Section: Husband or wife of U.S Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

### THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 (REV. 08/01/16)

# EXHIBIT 3

12/13/23, 7:00 PM                    Immigrant Visa and Alien Registration - Confirmation Page



**Online Immigrant Visa and Alien Registration Application (DS-260)**

# Immigrant Visa and Alien Registration Application Confirmation

### Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

### Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

### Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

This confirms the submission of the Immigrant Visa and Alien Registration application for:

| | |
|---|---|
| Name Provided: | GOSHAYESH TEHRANI, MOHAMMAD HOSSEIN |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 13 DEC 2023 |
| Case No: | FRN2023789009 |
| Confirmation No: | AA00CODTQP |

F R N 2 0 2 3 7 8 9 0 0 9

**THIS IS NOT A VISA**

A A 0 0 C O D T Q P

Version 1.4

https://ceac.state.gov/IVApp/IVApp/ESign/Complete_Done.aspx?node=Done                                       1/1

 Gmail     mohammad hossein Goshayesh Tehrani <goshayeshtehrani@gmail.com>

## Notice regarding your Immigrant Visa Case becoming Documentarily Qualified

<National_Visa_Center@state.gov>                                                    Wed 20. Dec 2023 at 04:00
To: <B_VAHDAD@yahoo.com>, <CKRETZ@alcocklaw.com>, <GOSHAYESHTEHRANI@gmail.com>

Dear Mohammad Hossein Goshayesh Tehrani,

The National Visa Center (NVC) received all of the fees, forms, and documents that are required prior to scheduling your immigrant visa interview at the U.S. Embassy/Consulate General overseas.

NVC will work with the U.S. Embassy/Consulate General in FRANKFURT, GER to schedule an interview appointment for you. Once we have confirmed an interview date, we will send a notice to you, your petitioner, and attorney (if applicable).

Please do NOT make any travel arrangements, sell property, or give up employment until you have received an immigrant visa from the U.S. Embassy/Consulate General.

The U.S. Embassy/Consulate General may require additional documentation at the time of the interview. Please visit https://nvc.state.gov/prep for information about immigrant visa interviews. Additionally, the petitioner, as the sponsor, and all other sponsors (household members and joint sponsors), may be required to provide updated or additional evidence to you to present at the time of your interview, such as:

- Other income
- Assets
- Proof of current employment

Note: You submitted documentation to the National Visa Center through the Consular Electronic Application Center (CEAC). You can continue to upload documents to CEAC up until the date of your visa interview.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:   FRN2023789009
Invoice ID: IVSCA00003414115

**NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.**

# EXHIBIT 4



**U.S. Consulate General, Frankfurt**
Immigrant Visa Unit
Giessener Strasse 30, 60435 Frankfurt am Main, Germany

Dear Applicant,                                                                 Date: 0 9 FEB 2024

This office is unable to conclude processing your immigrant visa (IV) application because we require additional information. Therefore, we are refusing your visa application under Section 221(g) of the United States Immigration and Nationality Act (INA) pending additional information or documents.

We will review this denial upon receipt of additional documents:
- ☑ Biographical Information
- ☐ Immigrant Visa Delivery Registration – email copy
- ☐ Medical Examination (Once completed, the panel clinic will forward the report to the Consulate directly)
- ☐ Other additional documents:
    - ☐ Birth certificate -                           ☐ upload; ☐ send original; ☐ email copy
    - ☐ Death certificate -                          ☐ upload; ☐ send original; ☐ email copy
    - ☐ Divorce certificate/decree or annulment -    ☐ upload; ☐ send original; ☐ email copy
    - ☑ Marriage certificate -                       ☐ upload; ☑ send original; ☐ email copy
    - ☐ Police certificate -                         ☐ upload; ☐ send original; ☐ email copy
    - ☐ Court documents -                            ☐ upload; ☐ send original; ☐ email copy
    - ☐ Military Service Certificate -               ☐ upload; ☐ send original; ☐ email copy
    - ☐ Translation of_____ -          ☐ upload; ☐ send original; ☐ email copy
      Into ☐ English or ☐ German.
    - ☐ Financial Documentation needed from: -       ☐ upload; ☐ send original; ☐ email copy
      **Petitioner**                                 **Joint Sponsor**
        - ☐ I-864 Affidavit of Support               ☐ I-864 Affidavit of Support
        - ☐ Most Recent IRS Tax Transcript           ☐ Most Recent IRS Tax Transcript
        - ☐ Most Recent Tax Return 1040 and W-2      ☐ Most Recent Tax Return 1040 and W-2
                                                     ☐ Proof of U.S. Nationality or Residency
- ☑ Passport – original
- ☑ Your application requires additional administrative processing.
- ☐ Diversity Visa Applicants: Under no circumstances can a case be processed, or a visa issued after September 30, _____.

Attention: Because of the limited number of visas that may be issued under this program, visas may cease to be available even before this date. This is especially true the closer to September 30, _____ and application or re-application is made.

☐ Other:_____

**To send in documents**
☑ Submit Documents Electronically
Please submit https://tinyurl.com/CTGPendingEN
☑ Mail Hard Copies of Documents -- Only if specifically asked by the Consular Section to submit documents or passport by mail, you may submit them via postal service to the address above or follow the instructions at: https://www.ustraveldocs.com/de/en/submitting-your-documents-iv.

You have one year from these 221(g) refusals to obtain these documents, or another interview and fee may be required.

Sincerely,
U.S. Consulate General Frankfurt
Consular Section