AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Banafsheh Vahdad and<br>Mohammad Hossein Goshayesh Tehrani<br><br>*Plaintiff(s)*<br>v.<br>Marco Rubio, Secretary of State,<br>U.S Department of State et al.<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Marco Rubio, Secretary of State
Office of the General Counsel
U.S. Dept. of Homeland Security
2702 Martin Luther King Jr. Ave, SE
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lewis Jubran, Esq. (DC SBN 1028219)
Abusharar & Associates
501 N. Brookhurst Street #202
Anaheim, California 92801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Banafsheh Vahdad and<br>Mohammad Hossein Goshayesh Tehrani<br><br>*Plaintiff(s)*<br>v.<br>Marco Rubio, Secretary of State,<br>U.S Department of State et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Mora Namdar, Acting Assistant Secretary of the State for Consular Affairs
Office of the General Counsel
U.S. Dept. of Homeland Security
2702 Martin Luther King Jr. Ave, SE
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lewis Jubran, Esq. (DC SBN 1028219)
Abusharar & Associates
501 N. Brookhurst Street #202
Anaheim, California 92801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Banafsheh Vahdad and<br>Mohammad Hossein Goshayesh Tehrani<br><br>*Plaintiff(s)*<br>v.<br>Marco Rubio, Secretary of State,<br>U.S Department of State et al.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alan Meltzer, Charge d'Affairs, US Embassy in Germany
Office of the General Counsel
U.S. Dept. of Homeland Security
2702 Martin Luther King Jr. Ave, SE
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lewis Jubran, Esq. (DC SBN 1028219)
Abusharar & Associates
501 N. Brookhurst Street #202
Anaheim, California 92801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                           _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Banafsheh Vahdad and
Mohammad Hossein Goshayesh Tehrani

*Plaintiff(s)*

v.   Civil Action No.

Marco Rubio, Secretary of State,
U.S Department of State et al.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Brian Heath, Consul General, US Consulate General, Frankfurt, Germany
Office of the General Counsel
U.S. Dept. of Homeland Security
2702 Martin Luther King Jr. Ave, SE
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lewis Jubran, Esq. (DC SBN 1028219)
Abusharar & Associates
501 N. Brookhurst Street #202
Anaheim, California 92801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Banafsheh Vahdad and<br>Mohammad Hossein Goshayesh Tehrani<br><br>*Plaintiff(s)*<br>v.<br>Marco Rubio, Secretary of State,<br>U.S Department of State et al.<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney for District of Columbia
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lewis Jubran, Esq. (DC SBN 1028219)
Abusharar & Associates
501 N. Brookhurst Street #202
Anaheim, California 92801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Banafsheh Vahdad and
Mohammad Hossein Goshayesh Tehrani

*Plaintiff(s)*

v.   Civil Action No.

Marco Rubio, Secretary of State,
U.S Department of State et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lewis Jubran, Esq. (DC SBN 1028219)
Abusharar & Associates
501 N. Brookhurst Street #202
Anaheim, California 92801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*